July 5, 2008

Fred Carswell III
Reg no: 63439-004
USP-Coleman(1)
P.O Box 1033
Coleman, Florida 33521-1033

03-60264-CV
07-60472-CV

The Honorable Cecilia M. Altonaga
99 N.E 4th Street
Miami, Florida 33521-1033

RECEIVED
JUL 1 0 2008
JUDGE CECILIA M. ALTONAGA

Honorable Altonaga,

    Time continues to past as I fight for my Freedom and a chance to be reunited with my wife and children. On November 17, 2004 I stood trial praying that justice will be served. Instead Prosecuting Attorney's and my Trial Attorney committed fraud before this Honorable Court. As the record, files, and evidence of this case continues to disturb the Intergrity of The American Court System. This Court stated that my case must go through Appeal process. Consequently all Petitions has been denied so I ask this Court to intervene in this matter to bring a Just Resolution to my incarceration.

Faithfully Committed

*Fred Carswell III*
Fred Carswell III
Reg# 63439-004
USP-Coleman(1)
P.O Box 1033
Coleman, Florida 33521-

Fred Carswell III
Reg no: 63439-004
United States Penitentiary-Coleman(1)
P.O Box 1033
Coleman, Florida 33521-1033

TAMPA FL 335
SAINT PETERSBURG FL
08 JUL 2008 PM 1 L



The Honorable Cecilia M. Altonaga
99 N.E., 4th Street
Miami, Florida, 33132

33132+2131

USMS INSPECTED BY